182 So.2d 664

**Succession of Dr. John George HARZ.**

No. 48061.

March 1, 1966.

In re: Mrs. Mary Selina Sawaya Monsour, widow of Dr. John George Harz applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 272.

Writ refused. On the facts of this case the result reached by the Court of Appeal is correct.

SUMMERS, J., is of the opinion the writ should be granted.